51,387-03

Dear Sir/Ma'am:

Hello. I am inquiring about the writ, cause No.# 9414061-B, which was sent to the Texas Court of Criminal Appeals by the District Clerk of Harris County on or about January 29, 2015.

As of yet, I have not received notification that the Texas Court of Criminal Appeals has received said writ, can you please inform if it has arrived, if so, what was the date of its arrival—received by the Tx. Ct of Crim. App.?

Thank You.

George Rodriguez
#762628
59 Darrington Rd.
Rosharon, TX.
77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk